TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (California Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>            Defendant. | No. 2:21-cv-1832-ODW-RAO<br><br>NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS |
|---|---|

    Pursuant to Section 405.22 of the California Code of Civil Procedure, plaintiff United States of America hereby files with the Court a copy of the notice of pendency of action (hereinafter the "Lis Pendens") which was recorded against the defendant real property at the Office of the County Recorder for

-1-

1  Los Angeles County.  A Copy of the recorded Lis Pendens is
2  attached hereto as Exhibit "A."
3  Dated:  March 3, 2021            Respectfully submitted,
4                                    TRACY L. WILKISON
                                     Acting United States Attorney
5                                    BRANDON D. FOX
                                     Assistant United States Attorney
6                                    Chief, Criminal Division
                                     STEVEN R. WELK
7                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
8
9                                    /s/ Dan G. Boyle
                                     DAN G. BOYLE
10                                   Assistant United States Attorney
                                     Asset Forfeiture Section
11
                                     Attorneys for Plaintiff
12                                   United States of America

-2-