**This page is part of your document - DO NOT DISCARD**



## 20210338693



Pages:
0006

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**03/02/21 AT 08:00AM**

| | |
|---|---:|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |



**L E A D S H E E T**



202103021030006

**00020013776**



011891277

**SEQ:
01**

SECURE  -  8:00AM

       **EXHIBIT "A"**

**THIS FORM IS NOT TO BE DUPLICATED**       CV 21-1832-G

*E497482*

3

| | |
|---|---|
| RECORDING REQUEST BY<br><br>UNITED STATES<br><br>WHEN RECORDED MAIL TO<br><br>Name: Gabriela Arciniega<br>Senior Paralegal<br><br>MAILING<br>ADDRESS: 312 N. Spring St., 14th Floor<br>CITY, STATE, Los Angeles, CA<br>ZIP CODE: 90012 | |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

RECORDING REQUESTED BY SIMPLIFILE

# TITLE(S)

## Recording of Lis Pendens

**PLEASE NOTE: Exempt from the fee per GC 27388.1 (a) (2); executed or recorded by a government agency.**

4

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-1832 |
|---|---|
| Plaintiff, | **LIS PENDENS** |
| v. | |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |
| Defendant. | |
| SECURED CAPITAL PARTNERS, LLC, | |
| Titleholder. | |

    NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named for the forfeiture of said real property. The real property which is

5

the subject of this action is located at ▮▮▮▮▮▮▮▮▮▮▮▮, Beverly Hills, California 90212, and is more particularly described as follows:

> The real property in the City of Beverly Hills, County of Los Angeles, State of California, described as:
>
> LOT 52 OF TRACT NO. 8982, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 117, PAGE 99 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> Assessor's Parcel No: 4328-019-004.

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

Title to the defendant is recorded in the name of Secured Capital Partners, LLC, a California limited liability company.

Dated: March 1, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_/s/ Dan G. Boyle_
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On March 1, 2021, I served a LIS PENDENS on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** SEE ATTACHED SERVICE LIST

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 1, 2021 at Los Angeles, California.

/s/ Gabriela Arciniega
**Gabriela Arciniega**

**SERVICE LIST**

Secured Capital Partners, LLC
1141 Summit Drive
Beverly Hills, CA   90210

Platinum Loan Servicing, Inc.
24025 Park Sorrento, Suite 150
Calabasas, CA   91302

Platinum Loan Servicing, Inc
c/o Lawrence S. Rabinoff
Agent for Service of Process
24025 Park Sorrento, Suite 150
Calabasas, CA   91302